UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-cr-557-JLB-AEP

GREGORY FORMICONE

18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Interstate Communication of a Threat to Injure)**

On or about October 20, 2025, in the Middle District of Florida and elsewhere, the defendant,

GREGORY FORMICONE,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

### FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875(c), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: *Muriel Moore*
Muriel R. Moore
Assistant United States Attorney

By: _____ for:
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions

FORM OBD-34
December 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

GREGORY FORMICONE

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

███████████████

*Foreperson*

Filed in open court this 3rd day

of December 2025.

*C. Reaves*
_____
Clerk

Bail $ _____

GPO 863 525