UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-557-JLB-AEP

GREGORY FORMICONE

**UNITED STATES' NOTICE OF INTENTION TO OFFER RECORDS OF REGULARLY CONDUCTED ACTIVITY INTO EVIDENCE AT TRIAL PURSUANT TO F.R.E. 803(6) AND 902(11)**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice, in conformity with Federal Rule of Evidence 902(11), that the United States intends to offer records of regularly conducted activity into evidence during the trial of defendant Gregory Formicone without presenting the live testimony of a records custodian pursuant to Rule 803(6) and 902(11) of the Federal Rules of Evidence:

In particular, the United States intends to offer into evidence, via a declaration of authentication, records of regularly conducted activity of the following entities:

| SOURCE | BATES-STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Disqus | DISC-00591 - 592 | Exhibit 7, Ahynna Busetti |

The certification accompanying these records is signed by a custodian of records for the business. The business records and the certificate of authenticity are in the government's possession and have been provided to the defendant as part of discovery.

In filing this notice and serving the same upon the defendant in this case, the United States hereby provides notice that the government intends to offer the identified records into evidence in this case, pursuant to Fed. R. Evid. 803(6) and 902(11), supported by the certificate of authenticity, for any purpose for which the identified records may be relevant, including during any evidentiary hearings and during trial.

**WHEREFORE**, the evidence described and referenced in this notice should be admitted at trial pursuant to Federal Rules of Evidence 803(6) and 902(11).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Muriel R. Moore*
Muriel R. Moore
Assistant United States Attorney
United States Attorney
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Muriel.Moore@usdoj.gov

**U.S. v. Formicone**                    **Case No. 8:25-cr-557-JLB-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a

notice of electronic filing to counsel of record.

        */s/ Muriel R. Moore*
        Muriel R. Moore
        Assistant United States Attorney
        United States Attorney
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Muriel.Moore@usdoj.gov