# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE JOHN L. BADALAMENTI

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:25-cr-557-JLB-AEP | **DATE:** August 6, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GREGORY FORMICONE** | **GOVERNMENT'S COUNSEL:**<br>Muriel Moore, AUSA, with<br>FBI Special Agent Richard Volp<br><br>**DEFENDANT'S COUNSEL:**<br>David E. Little, Retained |
| **COURTROOM:** 9B | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 9:02 A.M. – 9:54 A.M.,<br>   10:17: A.M. – 11:15 A.M.,<br>   12:43 P.M. –  1:34 P.M.,<br>    1:46 P.M. –  2:50 P.M.,<br>    3:30 P.M. –  3:35 P.M., and<br>    4:19 P.M. – 4:26 P.M. | **TOTAL:** 3 Hours, 57 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Lori Cecil Vollmer |

**PROCEEDING: JURY TRIAL (DAY 2) COMPLETED**

9:02   Court in session.

All parties are present.

Preliminary matters are discussed.

The jurors enter the courtroom.

Opening statements are made by counsel.

**Government's Case-in-Chief**

Government's Witness #1: **FBI Threat Intake Examiner Misty Arnett** is called to the stand, sworn, and testifies.

Government's Witness #2: **FBI Agent Justin Tennyson** is called to the stand, sworn, and testifies.

Government's Witness #3: **FBI Senior Digital Forensic Examiner Laura Haney** is called to the stand, sworn, and testifies.

The jurors exit the courtroom.

9:54  Break in the proceedings.

*~Break~*

10:17  The proceedings resume.

A discussion is held.

The Court's rulings on the remaining motions i*n limine* are stated on the record.

The jurors are recalled.

Government's Witness #4: **FBI Special Agent Richard Volp** is called to the stand, sworn, and testifies.

The jurors exit the courtroom.

11:15  Break in the proceedings.

*~Break~*

12:43  The proceedings resume.

A discussion is held.

The Court announces its ruling on the admissibility of the Defendant's statement.

The jury is recalled.

The testimony of **FBI Special Agent Richard Volp** continues.

The Government rests.

The jurors are excused from the courtroom.

A discussion is held.

Defendant moves for a Rule 29 Judgment of Acquittal as to the single count charged in the Indictment.

The Government responds.

For the reasons articulated on the record, the motion for a Judgment of Acquittal is **DENIED**.

The Court advises Defendant of his right to testify.

The defense will not be calling any witnesses.

Final charge conference held.

1:34  Break in the proceedings.

*~Comfort Break~*

1:46  The proceedings resume.

The jurors are recalled.

Government's closing argument.

Defense closing argument.

Government's rebuttal.

The Court reads instructions on the law to the jury.

The jurors retire to the jury room to begin deliberations.

Alternate jurors 13 and 14 are asked to remain in or near the courthouse until 5:00 P.M. in the event a juror becomes ill.

2:50   The Court stands in recess.

*~Recess~*

3:30   The proceedings resume.

The parties reconvene in the courtroom.

The Court received a note from the jury.

The Court discusses the note with counsel and drafts a response.

There are no objections to the Court's response.

3:35   The Court stands in recess.

*~Recess~*

4:19   The proceedings resume.

The Court is informed that the jury has reached a verdict.

The jurors enter the courtroom.

The Deputy Clerk publishes the verdict.

Defendant is found Guilty as to Count One of the Indictment.

The jurors are thanked for their service and discharged.

The Court adjudicates Defendant Guilty as to Count One of the Indictment.

The matter is referred to the Probation Office for a Presentence Investigation Report.

The imposition of sentencing is deferred.

A sentencing date will be scheduled.

Pending imposition of sentence, Defendant will remain on bond on the same terms and conditions previously imposed.

Defendant is directed to contact his pretrial services officer for further instructions.

4:26   Court adjourned.