UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:25-cr-557-JLB-AEP

GREGORY FORMICONE                          18 U.S.C. § 875(c)
                                           (Interstate Communication of a
                                           Threat to Injure)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Interstate Communication of a Threat to Injure)

On or about October 20, 2025, in the Middle District of Florida and elsewhere, the defendant,

GREGORY FORMICONE,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _Muriel Moore_
Muriel R. Moore
Assistant United States Attorney

By: _____ for
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions