Court Exh. # 1

We want to see the

other post copies that

were shown in the courtroom

the for i come had posted online
including the comment about hunting like a feral pig.

██████████████████

Foreman

8/6/26

The posts admitted into evidence
are stored on the disk -- Exhibit 7.

— Judge Badalamenti