UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-557-JLB-AEP

GREGORY FORMICONE

### VERDICT FORM

### Count One of the Indictment

As to the offense of Interstate Communication of a Threat to Injure, in violation of 18 U.SC. § 875(c), we, the Jury, find the defendant, GREGORY FORMICONE,

GUILTY $\searrow$                    NOT GUILTY____

SO SAY WE ALL, this $06$ day of August, 2026.

_____
FOREPERSON